HINKLE ELKOURI LAW FIRM L.L.C.
2000 Epic Center
301 North Main
Wichita, Kansas  67202
Telephone: (316) 267-2000
Facsimile:  (316) 264-1556

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARL  JAMIESON, KENNETH LYNCH, AARON BORST, NATHAN COOK, RHONDA FOWLER, JAMES HADLEY, BRYAN HUDSON, TIANA KENNEDY, KENNETH MILLER, SHANNON POUND, BIBI SANANIKONE, SCOTT A. WARD, CLIFF ZOLLMAN, and all other similarly situated current and former students,<br>               *Plaintiffs,*<br><br>vs.<br><br>VATTEROTT EDUCATIONAL CENTER, INC., d/b/a VATTEROTT COLLEGE,<br>               *Defendant.* | Civil Action<br>Case No. 06-CV-1103-WEB-KGG |

**VATTEROTT EDUCATIONAL CENTER, INC.'S
SECOND MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the defendant, Vatterott Educational Center, Inc. ("Vatterott"), by and through its attorneys of record, Mitchell L. Herren and Jennifer R. Johnson of Hinkle Elkouri Law Firm L.L.C., and moves this Court for summary judgment of certain of Plaintiffs' claims remaining against Vatterott.

Specifically, Vatterott seeks summary judgment on all remaining claims based upon alleged oral misrepresentations of Vatterott, whether described as fraud, a violation of the Kansas Consumer Protection Act, or a basis for punitive damages.  Furthermore, Vatterott seeks summary judgment in its favor on the question of whether certain of Plaintiffs' claims of Kansas Consumer Protection Act violations were groundless when Plaintiffs brought them.

IN THE UNTED STATES DISTRICT COURT, FOR THE DISTRICT OF KANSAS, CASE NO. 06-CV-1103-WEB-KGG
*Carl Jamieson, et al vs. Vatterott Educational Center, Inc. d/b/a Vatterott College*
VATTEROTT EDUCATIONAL CENTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT
PAGE 2 OF 3

In support of its motion, Vatterott has filed concurrently herewith a Memorandum in

Support of Defendant Vatterott Educational Center, Inc.'s Second Motion for Summary

Judgment, which is incorporated herein by reference.

WHEREFORE, the defendant, Vatterott Educational Center, Inc. respectfully requests

that the Court grant its Motion for Summary Judgment as a matter of law on these issues.

Respectfully Submitted,

By: s/ Mitchell L. Herren
Mitchell L. Herren
Bar Number 20507
Jennifer R. Johnson
Bar Number 22096
*Attorneys for Vatterott Educational Center, Inc.*
*d/b/a Vatterott College*
Hinkle Elkouri Law Firm L.L.C.
2000 Epic Center
301 North Main Street
Wichita, Kansas 67202
Telephone:    316-267-2000
Facsimile:    316-264-1556
E-mail: mherren@hinklaw.com
E-mail: jjohnson@hinklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2010, I electronically filed the
foregoing VATTEROTT EDUCATIONAL CENTER, INC.'S SECOND MOTION FOR
SUMMARY JUDGMENT with the Clerk of the Court by using the CM/ECF system which will
send a notice of electronic filing to the following:

Joseph H. Cassell
Redmond & Nazar, L.L.P.
420 Farm Credit Building
245 North Waco Street
Wichita, Kansas 67202
Telephone:    316-262-8361
Facsimile:    316-263-0640
E-mail:        jhcassell@redmondnazar.com

IN THE UNTED STATES DISTRICT COURT, FOR THE DISTRICT OF KANSAS, CASE NO. 06-CV-1103-WEB-KGG
*Carl Jamieson, et al vs. Vatterott Educational Center, Inc. d/b/a Vatterott College*
VATTEROTT EDUCATIONAL CENTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT
PAGE 3 OF 3

John W. Johnson
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 North Mead, Suite 200
Wichita, Kansas 67202
Telephone:    316-262-2671
Facsimile:    316-262-6226
E-mail:       jjohnson@morrislaing.com


s/ Mitchell L. Herren