## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | | |
|---|---|---|
| CARL JAMIESON, KENNETH LYNCH, AARON BORST, NATHAN COOK, RHONDA FOWLER, JAMES HADLEY, BRYAN HUDSON, TIANA KENNEDY, KENNETH MILLER, SHANNON POUND, BIBI SANANIKONE, SCOTT A. WARD, CLIFF ZOLLMAN, and all other similarly situated current and former students, | ) ) ) ) ) ) ) ) ) | Civil Action Case No. 06-CV-1103-WEB-DWB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| VATTEROTT EDUCATIONAL CENTER, INC. d/b/a VATTEROTT COLLEGE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

COMES NOW John W. Johnson of Morris, Laing, Evans, Brock & Kennedy, Chtd., and Joseph H. Cassell of Redmond & Nazar, L.L.P. on behalf of the plaintiffs and Mitchell L.  Herren of Hinkle Elkouri Law Firm L.L.C. on behalf of the defendant in the above captioned matter and submits this joint motion to the court for an order dismissing all of plaintiffs' claims with prejudice.

Respectfully submitted,

MORRIS, LAING, EVANS, BROCK
& KENNEDY, CHTD.
300 N. Mead, Suite 200
Wichita, Kansas 67202
Telephone:   (316) 262-2671
Facsimile:   (316) 262-6226
E-mail:   jjohnson@morrislaing.com

By: s/John W. Johnson
        John W. Johnson #07684

REDMOND & NAZAR, L.L.P.
245 North Waco Street
402 Farm Credit Building
Wichita, Kansas 67202
Telephone: (316) 262-8361
Facsimile: (316) 263-0610
e-mail: jhcassell@redmondnazar.com

By: s/Joseph H. Cassell
        Joseph H. Cassell #10861

*Attorneys for Plaintiffs*

HINKLE ELKOURI LAW FIRM L.L.C.
2000 Epic Center
301 N. Main
Wichita, Kansas 67202
Telephone: (316) 267-2000
Facsimile: (316) 264-1556
e-mail: mherren@hinklaw.com

By: s/Mitchell L. Herren
        Mitchell L. Herren, #20507

*Attorneys for Defendant*